AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S.D.C., EDNY | 05/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (SENIOR) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Trustee of WisdomTree Trust (trustee fees) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSS, ALLYNE R.** | 05/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Trust #1 (H) | | | | | | | | | |
| 2. | Northwestern Mutual Whole Life Insurance | B | Interest | L | T | | | | | |
| 3. | IRA #1 (H) | | | | | | | | | |
| 4. | Fidelity Government Money Market (SPAXX) (cash) | | | | | Open | 07/12/18 | K | | |
| 5. | Fidelity Extd Market Index Institutional Premium Class (FSMAX) | D | Dividend | M | T | | | | | |
| 6. | Fidelity Mid Cap Index Institutional Premium Class (FSMDX) | D | Dividend | N | T | | | | | |
| 7. | Fidelity Total Emerging Markets FD (FTEMX) | D | Dividend | M | T | Buy (add'l) | 01/12/18 | J | | |
| 8. | | | | | | Buy (add'l) | 01/19/18 | J | | |
| 9. | | | | | | Buy (add'l) | 01/23/18 | J | | |
| 10. | | | | | | Buy (add'l) | 01/26/18 | J | | |
| 11. | | | | | | Buy (add'l) | 07/16/18 | K | | |
| 12. | | | | | | Buy (add'l) | 08/01/18 | J | | |
| 13. | Wisdomtree TR US Qlt Shared YLD (QSY) | D | Dividend | N | T | | | | | |
| 14. | BlackRock Global Energy & Resources Trust (BGR) | B | Dividend | J | T | | | | | |
| 15. | Clearbridge Energy MLP (CEM) | A | Dividend | | | Sold | 07/12/18 | J | | |
| 16. | Fiduciary/Claymore MLP (FMO) | B | Dividend | | | Sold | 07/12/18 | K | | |
| 17. | Tekla Healthcare (HQH) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Target Corporation (TGT) | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 19. ishares Nasdaq Biotech ETF (IBB) | A | Dividend | | | Sold | 01/24/18 | J | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. Fidelity Small Cap Index Institutional Premium Class (FSSNX) | E | Dividend | O | T | | | | | |
| 22. Fidelity Extended Market Index Institutional Premium Class (FSMAX) | E | Dividend | O | T | | | | | |
| 23. IRA #3 (H) | | | | | | | | | |
| 24. Fidelity 500 Index Institutional Premium Class (FXAIX) | C | Dividend | M | T | | | | | |
| 25. Fidelity Int'l Enhanced Index Fund (FIENX) | C | Dividend | M | T | | | | | |
| 26. IRA #4 (H) | | | | | | | | | |
| 27. Fidelity Mid Cap Index Institutional Premium Class (FSMDX) | B | Dividend | L | T | | | | | |
| 28. Brokerage #1 (H) | | | | | | | | | |
| 29. Vanguard Explorer Admiral CL (VEXRX) | D | Dividend | M | T | | | | | |
| 30. Vanguard Ltd-Term Tax-Exempt Fund (VMLUX) | D | Dividend | N | T | | | | | |
| 31. Vanguard High-Yield Tax-Exempt Fund (VWALX) | D | Dividend | N | T | | | | | |
| 32. Vanguard Intermediate Term Tax Exempt Adm (VWIUX) | D | Dividend | N | T | Buy (add'l) | 02/26/18 | J | | |
| 33. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 34. | | | | | Buy (add'l) | 10/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Oppenheimer Developing Markets CL Y (ODVYX) | A | Dividend | M | T | | | | | |
| 36. | Vanguard Emerging Markets Index Fund (VWO) | D | Dividend | N | T | | | | | |
| 37. | Vanguard Europe ETF (formerly European Stock Index Fund) (VGK) | D | Dividend | N | T | | | | | |
| 38. | Vanguard Global Real Estate Fund (VNQI) | C | Dividend | L | T | | | | | |
| 39. | Vangaurd Mid Cap ETF (formerly Mid-Cap Index Fund) (VO) | E | Dividend | P1 | T | | | | | |
| 40. | IShares Core S&P Small Cap ETF (IJR) | C | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 41. | | | | | | Buy (add'l) | 01/29/18 | J | | |
| 42. | | | | | | Buy (add'l) | 03/26/18 | J | | |
| 43. | | | | | | Buy (add'l) | 05/01/18 | J | | |
| 44. | | | | | | Buy (add'l) | 05/29/18 | J | | |
| 45. | | | | | | Buy (add'l) | 06/29/18 | J | | |
| 46. | | | | | | Buy (add'l) | 07/09/18 | J | | |
| 47. | | | | | | Buy (add'l) | 08/27/18 | J | | |
| 48. | | | | | | Buy (add'l) | 10/02/18 | J | | |
| 49. | Wisdom Tree U.S. Small Cap. Div. Growth ETF (DGRS) | C | Dividend | M | T | Buy (add'l) | 07/02/18 | K | | |
| 50. | Wisdom Tree Global ex-US Quality Dividend (DNL) | C | Dividend | M | T | | | | | |
| 51. | BBX Capital Corp New Cl A (BBX) | A | Dividend | M | T | Buy | 06/21/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Equifax Inc (EFX) | A | Dividend | K | T | | | | | |
| 53. General Electic Co (GE) | A | Dividend | J | T | | | | | |
| 54. Brokerage #2 (H) | | | | | | | | | |
| 55. ML Bank Deposit Program (Cash) | A | Interest | M | T | | | | | |
| 56. BIF Money Fund (cash) | A | Dividend | | | Open | 08/08/18 | M | | |
| 57. | | | | | Closed | 11/30/18 | M | | |
| 58. ACS Actividades Cons-Uns (ACSAY) | | None | K | T | Buy | 06/12/18 | K | | |
| 59. | | | | | Sold | 11/26/18 | K | | |
| 60. | | | | | Buy | 12/28/18 | K | | |
| 61. Adobe Systems Inc (ADBE) | | None | K | T | Sold<br>(part) | 03/27/18 | J | B | |
| 62. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 63. | | | | | Sold<br>(part) | 06/28/18 | J | A | |
| 64. | | | | | Sold<br>(part) | 09/28/18 | J | A | |
| 65. Aercap Holdings N.V. SHS (AER) | | None | K | T | Buy | 06/12/18 | K | | |
| 66. | | | | | Sold | 11/26/18 | K | | |
| 67. | | | | | Buy | 12/28/18 | K | | |
| 68. Aetna Inc (AET) | A | Dividend | | | Sold<br>(part) | 02/12/18 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 11/29/18 | J | C | |
| 70. AIA Group LTD (AAGIY) | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 71. | | | | | Sold | 11/26/18 | K | | |
| 72. | | | | | Buy | 12/28/18 | K | | |
| 73. Air Liquide ADR France ADR (AIQUY) | A | Dividend | | | Sold<br>(part) | 04/10/18 | J | A | |
| 74. | | | | | Sold | 06/12/18 | K | C | |
| 75. Air Prod & Chemical INC (APD) | A | Dividend | | | Sold<br>(part) | 02/12/18 | J | A | |
| 76. | | | | | Sold<br>(part) | 06/11/18 | J | A | |
| 77. | | | | | Sold<br>(part) | 07/25/18 | J | A | |
| 78. | | | | | Sold<br>(part) | 07/26/18 | J | A | |
| 79. | | | | | Sold | 07/30/18 | J | A | |
| 80. Airbus SE (EADSY) | A | Dividend | K | T | Sold<br>(part) | 04/05/18 | J | A | |
| 81. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 82. | | | | | Sold<br>(part) | 07/23/18 | J | A | |
| 83. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 84. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 85. Akzo Nobel N V Sponsored ADR<br>(AKZOY) | A | Dividend | | | Buy | 04/10/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 06/12/18 | J | | |
| 87. Alexion Pharmaceuticals INC (ALXN) | | None | J | T | Sold (part) | 11/26/18 | J | | |
| 88. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 89. Allergan PLC (AGN) | | None | | | Sold (part) | 02/12/18 | J | | |
| 90. | | | | | Sold | 02/21/18 | J | | |
| 91. Align Tech Inc Del Com (ALGN) | | None | J | T | Buy | 02/12/18 | J | | |
| 92. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 93. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 94. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 95. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 96. | | | | | Sold | 11/26/18 | J | | |
| 97. | | | | | Buy | 12/28/18 | J | | |
| 98. Alphabet Inc CL C (GOOG) | | None | K | T | Sold (part) | 02/12/18 | J | B | |
| 99. | | | | | Sold (part) | 03/27/18 | J | B | |
| 100. | | | | | Sold (part) | 06/28/18 | J | A | |
| 101. | | | | | Sold (part) | 09/28/18 | J | A | |
| 102. Altria Group Inc (MO) | A | Dividend | J | T | Buy | 02/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 104. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 105. | | | | | Sold (part) | 08/21/18 | J | | |
| 106. | | | | | Sold | 11/26/18 | J | | |
| 107. | | | | | Buy | 12/28/18 | J | | |
| 108. Amazon.com INC (AMZN) | | None | K | T | Sold (part) | 02/12/18 | J | B | |
| 109. | | | | | Sold (part) | 03/27/18 | J | B | |
| 110. | | | | | Sold (part) | 06/28/18 | J | B | |
| 111. | | | | | Sold (part) | 09/28/18 | J | B | |
| 112. Ambev SA SHS ADR (ABEV) | A | Dividend | | | Buy | 06/12/18 | K | | |
| 113. | | | | | Sold | 06/28/18 | K | | |
| 114. American International Group Com New (AIG) | A | Dividend | K | T | Buy (add'l) | 05/11/18 | J | | |
| 115. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 116. | | | | | Sold | 11/26/18 | K | | |
| 117. | | | | | Buy | 12/28/18 | K | | |
| 118. American Tower Corp. REIT (AMT) | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 119. | | | | | Sold (part) | 03/27/18 | J | A | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Anadarko Pete Corp (APC) | A | Dividend | J | T | Buy | 05/24/18 | J | | |
| 121. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 122. | | | | | Sold | 11/26/18 | J | | |
| 123. | | | | | Buy | 12/28/18 | J | | |
| 124. Anheuser Busch INBEV Spon ADR (BUD) | A | Dividend | | | Sold | 06/12/18 | J | | |
| 125. Anthem Inc. (ANTM) | A | Dividend | K | T | | | | | |
| 126. Apple Inc (AAPL) | | None | J | T | Buy | 12/24/18 | J | | |
| 127. Arcelormittal SA NY Registered Foreign Stock (MT) | A | Dividend | K | T | Sold (part) | 02/14/18 | J | B | |
| 128. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 129. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 130. | | | | | Sold (part) | 11/26/18 | J | | |
| 131. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 132. Astrazeneca PLC Spon ADR (AZN) | B | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 133. Australia & New Zealand Banking Group (ANZBY) | A | Dividend | | | Sold | 06/14/18 | K | A | |
| 134. AXA Spons ADR (AXAHY) | B | Dividend | K | T | Buy (add'l) | 06/12/18 | J | | |
| 135. | | | | | Sold (part) | 11/26/18 | J | | |
| 136. | | | | | Buy (add'l) | 12/28/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. AXA Equitable Holdings Inc (EQH) | | None | J | T | Buy | 12/18/18 | J | | |
| 138. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 139. BAE Systems PLC Sponsored ADR (BAESY) | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 140. | | | | | Sold | 11/26/18 | J | | |
| 141. | | | | | Buy | 12/28/18 | K | | |
| 142. Baidu Inc Sponsored ADR (BIDU) | | None | K | T | Buy | 06/12/18 | K | | |
| 143. | | | | | Sold (part) | 08/09/18 | J | | |
| 144. | | | | | Sold (part) | 08/10/18 | J | | |
| 145. | | | | | Sold | 11/26/18 | J | | |
| 146. | | | | | Buy | 12/28/18 | K | | |
| 147. Banco Santander SA ADR (SAN) | A | Dividend | K | T | Buy (add'l) | 06/12/18 | K | | |
| 148. | | | | | Sold | 11/26/18 | K | | |
| 149. | | | | | Buy | 12/28/18 | K | | |
| 150. BASF SE Sponsored ADR (BASFY) | A | Dividend | K | T | Buy | 02/14/18 | J | | |
| 151. | | | | | Sold | 06/12/18 | J | | |
| 152. | | | | | Buy | 09/26/18 | K | | |
| 153. | | | | | Sold | 11/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 12/28/18 | K | | |
| 155. Bayer AG Sp ADR (BAYRY) | A | Dividend | | | Buy (add'l) | 06/15/18 | J | | |
| 156. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 157. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 158. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 159. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 160. | | | | | Sold | 08/24/18 | K | | |
| 161. BHP Billiton PLC Sponsored ADR (BBL) | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 162. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 163. | | | | | Sold | 11/26/18 | K | | |
| 164. | | | | | Buy | 12/28/18 | K | | |
| 165. Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | | | | | |
| 166. BNP Paribas Sa ADR (BNPQY) | A | Dividend | | | Sold | 06/12/18 | K | B | |
| 167. Booking Holdings Inc (BKNG) | | None | K | T | Sold (part) | 03/27/18 | J | A | |
| 168. | | | | | Sold (part) | 11/26/18 | J | | |
| 169. BP PLC Spon ADR (BP) | B | Dividend | K | T | Buy | 02/12/18 | J | | |
| 170. | | | | | Buy (add'l) | 06/08/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 172. | | | | | Sold | 11/26/18 | K | | |
| 173. | | | | | Buy | 12/28/18 | K | | |
| 174. Bridgestone Corp LTD ADR Japan (BRDCY) | A | Dividend | | | Sold | 06/13/18 | J | A | |
| 175. Brighthouse Finl Inc Reg (BHF) | | None | | | Sold (part) | 02/08/18 | J | | |
| 176. | | | | | Sold | 11/26/18 | J | | |
| 177. British AMN Tobaco SPADR (BTI) | A | Dividend | K | T | Buy | 02/12/18 | J | | |
| 178. | | | | | Buy (add'l) | 06/12/18 | K | | |
| 179. | | | | | Sold (part) | 06/15/18 | J | | |
| 180. | | | | | Sold (part) | 06/25/18 | J | | |
| 181. | | | | | Sold | 11/26/18 | J | | |
| 182. | | | | | Buy | 12/28/18 | K | | |
| 183. Canadian Natural Resources LTD (CNQ) | A | Dividend | | | Buy | 06/12/18 | K | | |
| 184. | | | | | Sold (part) | 10/01/18 | J | | |
| 185. | | | | | Sold | 10/02/18 | J | | |
| 186. Cardinal Health Inc Ohio (CAH) | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 187. | | | | | Sold (part) | 09/17/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/26/18 | J | | |
| 189. | | | | | Buy | 12/28/18 | J | | |
| 190.  Carlsberg AS Sponsored ADR (CABGY) | | None | K | T | Buy | 06/12/18 | K | | |
| 191. | | | | | Sold | 11/26/18 | K | | |
| 192. | | | | | Buy | 12/28/18 | K | | |
| 193.  Carrefour SA (CRRFY) | A | Dividend | | | Buy | 06/12/18 | K | | |
| 194. | | | | | Sold | 07/13/18 | K | | |
| 195.  CDW Corp (CDW) | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 196. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 197. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 198. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 199. | | | | | Sold (part) | 11/13/18 | J | A | |
| 200. | | | | | Sold (part) | 11/14/18 | J | A | |
| 201. | | | | | Sold (part) | 12/17/18 | J | A | |
| 202. | | | | | Sold (part) | 12/20/18 | J | A | |
| 203.  Celgene Corp. (CELG) | | None | J | T | Sold (part) | 02/12/18 | J | A | |
| 204. | | | | | Sold (part) | 08/09/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 08/29/18 | J | A | |
| 206. | | | | | Sold (part) | 08/31/18 | J | A | |
| 207. | | | | | Sold (part) | 11/05/18 | J | | |
| 208. | | | | | Sold | 11/26/18 | J | | |
| 209. | | | | | Buy | 12/28/18 | J | | |
| 210. Chevron Corp (CVX) | A | Dividend | | | Sold (part) | 02/12/18 | J | C | |
| 211. | | | | | Sold (part) | 05/11/18 | J | A | |
| 212. | | | | | Sold | 08/06/18 | J | A | |
| 213. Chubb Ltd CHF (CB) | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 214. | | | | | Sold (part) | 03/27/18 | J | A | |
| 215. | | | | | Sold (part) | 11/26/18 | J | | |
| 216. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 217. Citigroup Inc (C) | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 218. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 219. | | | | | Sold (part) | 09/28/18 | J | A | |
| 220. | | | | | Sold (part) | 11/26/18 | J | | |
| 221. | | | | | Buy (add'l) | 12/28/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  CNOOC Ltd. Spon ADR (CEO) | A | Dividend | | | Sold<br>(part) | 02/14/18 | J | A | |
| 223. | | | | | Sold<br>(part) | 04/10/18 | J | A | |
| 224. | | | | | Sold | 06/12/18 | J | B | |
| 225.  CK Hutchinson Holdings (CKHUY) | A | Dividend | | | Buy | 06/13/18 | K | | |
| 226. | | | | | Sold<br>(part) | 11/07/18 | J | | |
| 227. | | | | | Sold<br>(part) | 11/08/18 | J | | |
| 228. | | | | | Sold<br>(part) | 11/09/18 | J | | |
| 229. | | | | | Sold | 11/13/18 | J | | |
| 230.  Cognizant Tech Solutions A (CTSH) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 231. | | | | | Sold | 11/26/18 | J | | |
| 232. | | | | | Buy | 12/28/18 | J | | |
| 233.  Comcast Corp New Cl A (CMCSA) | A | Dividend | K | T | Buy<br>(add'l) | 07/13/18 | J | | |
| 234. | | | | | Sold<br>(part) | 12/13/18 | J | B | |
| 235.  Concho Resources Inc (CXO) | | None | J | T | Sold<br>(part) | 02/08/18 | J | A | |
| 236. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 237. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 238.  Costco Wholesale Corp (COST) | A | Dividend | K | T | | | | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Credit Suisse Group Spon ADR | | None | | | Sold (part) | 02/14/18 | J | A | |
| 240. | | | | | Sold | 06/12/18 | J | A | |
| 241.  CRH Plc Adr (CRH) | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 242. | | | | | Sold | 11/26/18 | J | | |
| 243. | | | | | Buy | 12/28/18 | J | | |
| 244.  Ctrip.com Intl LTD ADR (CTRP) | | None | | | Buy | 07/05/18 | J | | |
| 245. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 246. | | | | | Sold | 11/15/18 | J | | |
| 247.  CVS Health Corp (CVS) | | None | J | T | Buy | 11/29/18 | J | | |
| 248. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 249.  Daimler LG ADR (DMLRY) | | None | K | T | Buy | 06/12/18 | K | | |
| 250. | | | | | Sold | 11/26/18 | J | | |
| 251. | | | | | Buy | 12/28/18 | K | | |
| 252.  Danone Sponsored ADR (DANOY) | | None | K | T | Buy | 10/09/18 | K | | |
| 253. | | | | | Sold | 11/26/18 | K | | |
| 254. | | | | | Buy | 12/28/18 | K | | |
| 255.  DBS Group Holdings LTD SPON ADR (DBSDY) | A | Dividend | K | T | Sold (part) | 04/05/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 06/13/18 | J | | |
| 257. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 258. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 259. Deutsche Boerse AG SHS (DBOEY) | | None | K | T | Buy | 06/12/18 | K | | |
| 260. | | | | | Sold | 11/26/18 | K | | |
| 261. | | | | | Buy | 12/28/18 | K | | |
| 262. Deutsche Post AG SHS (DPSGY) | | None | K | T | Buy | 06/12/18 | K | | |
| 263. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 264. | | | | | Sold | 11/26/18 | K | | |
| 265. | | | | | Buy | 12/28/18 | K | | |
| 266. Devon Energy Corp New (DVN) | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 267. | | | | | Buy<br>(add'l) | 05/15/18 | J | | |
| 268. | | | | | Sold<br>(part) | 06/26/18 | J | A | |
| 269. | | | | | Sold | 11/26/18 | J | | |
| 270. | | | | | Buy | 12/28/18 | J | | |
| 271. Diageo PLC New GB SPON ADR (DEO) | A | Dividend | J | T | Sold<br>(part) | 02/08/18 | J | A | |
| 272. | | | | | Sold<br>(part) | 06/15/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. DNB ASA Sponsored ADR (DNHBY) | | None | K | T | Buy | 06/12/18 | K | | |
| 274. | | | | | Sold | 11/26/18 | K | | |
| 275. | | | | | Buy | 12/28/18 | K | | |
| 276. Dollar General Corp New | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 277. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 278. Dowdupont Inc Com (DWDP) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 279. | | | | | Sold (part) | 07/13/18 | J | A | |
| 280. | | | | | Sold (part) | 11/09/18 | J | | |
| 281. | | | | | Sold | 11/26/18 | J | | |
| 282. | | | | | Buy | 12/28/18 | J | | |
| 283. Keurig Dr. Pepper Inc (formerly Dr Pepper Snapple Group) (KDP) | D | Dividend | | | Sold (part) | 02/12/18 | J | A | |
| 284. | | | | | Sold | 07/16/18 | J | | |
| 285. E.On SE ADR (EONGY) | | None | K | T | Buy | 06/12/18 | K | | |
| 286. | | | | | Sold | 11/26/18 | K | | |
| 287. | | | | | Buy | 12/28/18 | K | | |
| 288. Enel SPA ADR (ENLAY) | A | Dividend | | | Sold | 06/12/18 | J | C | |
| 289. Engie SHS (ENGIY) | A | Dividend | K | T | Buy | 06/12/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | | Sold | 11/26/18 | K | | |
| 291. | | | | | | Buy | 12/28/18 | K | | |
| 292. | Equinix Inc. REIT (EQIX) | A | Dividend | J | T | | | | | |
| 293. | Essilorluxottica (formerly Essilor International) SA ADR (ESLOY) | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 294. | | | | | | Sold | 11/26/18 | K | | |
| 295. | | | | | | Buy | 12/28/18 | K | | |
| 296. | Exelon Corp (EXC) | A | Dividend | | | Sold (part) | 02/08/18 | J | A | |
| 297. | | | | | | Sold | 08/03/18 | J | B | |
| 298. | Facebook Inc CL A (FB) | | None | K | T | Sold (part) | 03/27/18 | J | B | |
| 299. | | | | | | Sold (part) | 06/28/18 | J | A | |
| 300. | | | | | | Sold (part) | 09/28/18 | J | A | |
| 301. | Fanuc LTD Unsponsored (FANUY) | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 302. | | | | | | Sold | 11/26/18 | J | | |
| 303. | | | | | | Buy | 12/28/18 | K | | |
| 304. | Fast Retailing Co LTD (FRCOY) | A | Dividend | | | Buy | 06/13/18 | K | | |
| 305. | | | | | | Sold | 09/27/18 | K | B | |
| 306. | Fastenal Co (FAST) | A | Dividend | | | Sold (part) | 05/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 05/11/18 | J | A | |
| 308. | | | | | Sold (part) | 05/15/18 | J | A | |
| 309. | | | | | Sold (part) | 05/18/18 | J | A | |
| 310. | | | | | Sold (part) | 06/04/18 | J | A | |
| 311. | | | | | Sold | 06/07/18 | J | A | |
| 312. Ferguson PLC ADR (FERGY) | A | Dividend | | | Sold | 06/12/18 | J | B | |
| 313. Firstenergy Corp (FE) | A | Dividend | K | T | | | | | |
| 314. Gallagher Arthur J & Co (AJG) | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 315. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 316. General Electric Co (GE) | A | Dividend | | | Buy (add'l) | 02/12/18 | J | | |
| 317. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 318. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 319. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 320. | | | | | Sold | 11/09/18 | J | | |
| 321. GlaxoSmithKline PLC ADR (GSK) | A | Dividend | | | Buy | 02/14/18 | J | | |
| 322. | | | | | Sold | 06/12/18 | J | A | |
| 323. Goldman Sachs Group Inc (GS) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold | 11/26/18 | J | | |
| 325. | | | | | Buy | 12/28/18 | J | | |
| 326. Halliburton Company (HAL) | A | Dividend | | | Sold<br>(part) | 05/14/18 | J | A | |
| 327. | | | | | Sold | 05/15/18 | J | B | |
| 328. Hess Corp (HES) | A | Dividend | J | T | Sold<br>(part) | 10/17/18 | J | B | |
| 329. Home Depot Inc (HD) | A | Dividend | K | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 330. | | | | | Sold<br>(part) | 03/27/18 | J | A | |
| 331. | | | | | Buy<br>(add'l) | 08/14/18 | J | | |
| 332. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 333. | | | | | Buy | 12/28/18 | J | | |
| 334. Honda Motor Co ADR Japan ADR (HMC) | A | Dividend | | | Buy<br>(add'l) | 02/14/18 | J | | |
| 335. | | | | | Sold | 06/12/18 | J | B | |
| 336. Honeywell International Inc (HON) | A | Dividend | J | T | Sold<br>(part) | 12/13/18 | J | B | |
| 337. HSBC Holding PLC (HSBC) | A | Dividend | K | T | Buy<br>(add'l) | 06/12/18 | J | | |
| 338. | | | | | Sold | 11/26/18 | K | | |
| 339. | | | | | Buy | 12/28/18 | K | | |
| 340. Humana Inc (HUM) | A | Dividend | J | T | Buy | 02/12/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 342.  Iberdrola SA ADR (IBDRY) | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 343.  IHS Markit LTD SHS (INFO) | | None | J | T | Buy | 07/30/18 | J | | |
| 344. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 345. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 346. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 347. | | | | | Sold | 11/26/18 | J | | |
| 348. | | | | | Buy | 12/28/18 | J | | |
| 349.  Illumina Inc Com (ILMN) | | None | J | T | | | | | |
| 350.  Industria De Diseno (IDEXY) | A | Dividend | K | T | Buy | 09/04/18 | K | | |
| 351. | | | | | Sold | 11/26/18 | K | | |
| 352. | | | | | Buy | 12/28/18 | K | | |
| 353.  Infineon Technologies ADR (IFNNY) | A | Dividend | | | Sold | 06/12/18 | J | B | |
| 354.  ING Group N V NL Spon ADR (ING) | A | Dividend | | | Sold | 06/12/18 | J | B | |
| 355.  Intercontinential Hotels Group PLC New Spon ADR (IHG) | A | Dividend | | | Sold | 06/12/18 | J | B | |
| 356.  Intesa San Paolo Spon ADR (ISNPY) | A | Dividend | K | T | Buy (add'l) | 06/12/18 | J | | |
| 357. | | | | | Sold | 11/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy | 12/28/18 | K | | |
| 359. International Consolidated ADR (ICAGY) | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 360. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 361. International Paper Co Common Stock (IP) | A | Dividend | J | T | | | | | |
| 362. Intrapublic Group of CO (IPG) | A | Dividend | | | Sold (part) | 07/18/18 | J | A | |
| 363. | | | | | Sold (part) | 09/28/18 | J | | |
| 364. | | | | | Sold | 10/19/18 | J | A | |
| 365. Invesco Ltd (IVZ) | | None | | | Sold | 02/14/18 | J | A | |
| 366. ITV PLC ADR (ITVPY) | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 367. Japan Tabacco Inc ADR (JAPAY) | A | Dividend | | | Sold | 06/13/18 | J | | |
| 368. Johnson Controls International (JCI) | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 369. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 370. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 371. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 372. | | | | | Sold | 11/26/18 | J | | |
| 373. | | | | | Buy | 12/28/18 | J | | |
| 374. JPMorgan Chase & Co (JPM) | B | Dividend | K | T | Sold (part) | 02/12/18 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 05/11/18 | J | C | |
| 376. | | | | | Sold (part) | 09/28/18 | J | A | |
| 377. | | | | | Sold (part) | 12/13/18 | J | C | |
| 378. | | | | | Sold (part) | 12/18/18 | J | B | |
| 379. Julius Baer Group ADR (JBAXY) | | None | K | T | Buy | 06/12/18 | K | | |
| 380. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 381. | | | | | Sold | 11/26/18 | K | | |
| 382. | | | | | Buy | 12/28/18 | K | | |
| 383. KBC Group NV ADR (KBCSY) | A | Dividend | | | Sold | 06/12/18 | J | B | |
| 384. Kellogg CO (K) | A | Dividend | J | T | | | | | |
| 385. Keycorp New (KEY) | A | Dividend | | | Sold (part) | 03/16/18 | J | B | |
| 386. | | | | | Sold | 09/17/18 | J | B | |
| 387. Koninkluke Philips NV Spon ADR | A | Dividend | K | T | Sold (part) | 02/08/18 | J | A | |
| 388. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 389. | | | | | Sold (part) | 11/26/18 | J | | |
| 390. Kroger Company (KR) | A | Dividend | | | Sold (part) | 07/17/18 | J | | |
| 391. | | | | | Sold | 08/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  Kubota Corp ADR (KUBTY) | | None | K | T | Buy | 07/11/18 | J | | |
| 393. | | | | | Buy<br>(add'l) | 07/12/18 | J | | |
| 394. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 395. | | | | | Buy<br>(add'l) | 07/16/18 | J | | |
| 396. | | | | | Buy<br>(add'l) | 07/17/18 | J | | |
| 397.  Lafargeholcim LTD Unsponsored ADR | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 398.  Lloyds Banking Group PLC (LYG) | A | Dividend | K | T | Buy | 02/14/18 | J | | |
| 399. | | | | | Buy<br>(add'l) | 06/12/18 | K | | |
| 400. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 401. | | | | | Buy<br>(add'l) | 11/15/18 | J | | |
| 402. | | | | | Sold | 11/26/18 | K | | |
| 403. | | | | | Buy | 12/28/18 | K | | |
| 404.  Lockheed Martin Corp (LMT) | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | B | |
| 405. | | | | | Sold<br>(part) | 03/15/18 | J | A | |
| 406. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 407.  Lowe's Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 408.  Marathon Oil Corp (MRO) | A | Dividend | J | T | Buy | 05/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold<br>(part) | 06/26/18 | J | | |
| 410. | | | | | Sold | 11/26/18 | J | | |
| 411. | | | | | Buy | 12/28/18 | J | | |
| 412.   Marathon Petroleum Co (MPC) | A | Dividend | J | T | Buy<br>(add'l) | 08/06/18 | J | | |
| 413. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 414. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 415.   Marsh & Mclennan Cos Inc (MMC) | A | Dividend | J | T | | | | | |
| 416.   Mastercard Inc (MA) | A | Dividend | K | T | Sold<br>(part) | 03/27/18 | J | A | |
| 417.   Mattel Inc Com (MAT) | | None | J | T | Sold<br>(part) | 06/26/18 | J | A | |
| 418. | | | | | Sold | 11/26/18 | J | | |
| 419. | | | | | Buy | 12/28/18 | J | | |
| 420.   McKesson Corp Com (MCK) | A | Dividend | J | T | Buy<br>(add'l) | 03/13/18 | J | | |
| 421. | | | | | Buy<br>(add'l) | 11/09/18 | J | | |
| 422. | | | | | Sold | 11/26/18 | J | | |
| 423. | | | | | Buy | 12/28/18 | J | | |
| 424.   Medtronic PLC SHS (MDT) | A | Dividend | K | T | | | | | |
| 425.   Merck & Co Inc New Com (MRK) | A | Dividend | K | T | Sold<br>(part) | 02/12/18 | J | B | |

| 1  Income Gain Codes:<br>(See Columns B1 and D4)<br>2  Value Codes<br>(See Columns C1 and D3)<br><br>3  Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  MetLife Inc (MET) | A | Dividend | K | T | Buy<br>(add'l) | 06/15/18 | J | | |
| 427. | | | | | Buy<br>(add'l) | 09/17/18 | J | | |
| 428. | | | | | Sold<br>(part) | 11/26/18 | K | | |
| 429. | | | | | Buy | 12/28/18 | K | | |
| 430.  Microsoft Corp (MSFT) | A | Dividend | K | T | Sold<br>(part) | 06/15/18 | J | B | |
| 431. | | | | | Sold<br>(part) | 07/13/18 | J | B | |
| 432.  Mitsubishi UFJ Financial Group Inc (MTU) | A | Dividend | | | Sold | 06/12/18 | K | B | |
| 433.  Mondelez International (MDLZ) | A | Dividend | J | T | Buy | 08/03/18 | J | | |
| 434.  Monster Beverage Corp New Com (MNST) | | None | J | T | Buy<br>(add'l) | 03/09/18 | J | | |
| 435. | | | | | Sold<br>(part) | 03/27/18 | J | A | |
| 436.  Morgan Stanley (MS) | A | Dividend | K | T | Sold<br>(part) | 02/12/18 | J | A | |
| 437. | | | | | Sold<br>(part) | 11/09/18 | J | B | |
| 438.  Motorola Solutions Inc (MSI) | A | Dividend | J | T | | | | | |
| 439.  Murata Manufacturing Co (MRAAY) | | None | K | T | Buy | 11/01/18 | K | | |
| 440. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 441. | | | | | Sold | 11/26/18 | K | | |
| 442. | | | | | Buy | 12/28/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. Nextera Energy Inc Com (NEE) | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | C | |
| 444. | | | | | Sold<br>(part) | 03/15/18 | J | B | |
| 445. | | | | | Sold<br>(part) | 11/09/18 | J | B | |
| 446. Nielsen Holdings PLC SHS (NLSN) | A | Dividend | | | Sold | 08/07/18 | J | | |
| 447. Nippon Telegraph & Tel Corp Spon ADR (NTTYY) | A | Dividend | | | Sold | 06/13/18 | J | C | |
| 448. Nordea Bank ABP SHS (formerly AB-Spon) ADR (NRDBY) | | None | K | T | Buy | 09/06/18 | K | | |
| 449. | | | | | Sold | 11/26/18 | K | | |
| 450. | | | | | Buy | 12/28/18 | K | | |
| 451. Norsk Hydro A.S. New Norway Spon ADR (NHYDY) | A | Dividend | | | Sold<br>(part) | 02/14/18 | J | B | |
| 452. | | | | | Sold | 06/12/18 | J | B | |
| 453. Northrop Grumman Corp (NOC) | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | D | |
| 454. | | | | | Sold<br>(part) | 02/26/18 | J | C | |
| 455. | | | | | Sold<br>(part) | 02/27/18 | J | A | |
| 456. Novartis AF Spon ADR (NVS) | A | Dividend | K | T | Sold | 06/12/18 | J | | |
| 457. | | | | | Buy | 10/25/18 | J | | |
| 458. | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 459. | | | | | Buy<br>(add'l) | 11/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 11/26/18 | J | | |
| 461. | | | | | Buy | 12/26/18 | K | | |
| 462. Novo Nordisk A S ADR (NVO) | A | Dividend | J | T | Sold | 11/26/18 | J | | |
| 463. | | | | | Buy | 12/26/18 | J | | |
| 464. Nvidia (NVDA) | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 465. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 466. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 467. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 468. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 469. | | | | | Buy (add'l) | 08/22/18 | J | | |
| 470. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 471. | | | | | Sold | 11/26/18 | J | | |
| 472. | | | | | Buy | 12/28/18 | J | | |
| 473. NXP Semiconductors N.V (NXPI) | | None | J | T | Buy | 12/18/18 | J | | |
| 474. Oneok Inc (Oklahoma) (OKE) | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 475. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 476. | | | | | Sold | 11/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy | 12/28/18 | J | | |
| 478. Oracle Corp. (ORCL) | A | Dividend | K | T | Sold (part) | 09/17/18 | J | B | |
| 479. Orange (ORAN) | | None | K | T | Buy | 06/12/18 | K | | |
| 480. | | | | | Sold | 11/26/18 | K | | |
| 481. | | | | | Buy | 12/28/18 | K | | |
| 482. Otsuka Holdings Co LTD (OTSKY) | A | Dividend | J | T | Buy | 06/13/18 | K | | |
| 483. | | | | | Sold | 11/26/18 | K | | |
| 484. | | | | | Buy | 12/28/18 | K | | |
| 485. Panasonic Corp SHS (PCRFY) | A | Dividend | | | Buy | 02/14/18 | J | | |
| 486. | | | | | Sold | 06/13/18 | J | | |
| 487. Paypal Holdings Inc (PYPL) | | None | K | T | Sold (part) | 03/27/18 | J | A | |
| 488. Pepsico Inc (PEP) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 489. | | | | | Sold (part) | 06/26/18 | J | A | |
| 490. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 491. Pfizer Inc Common Stock (PFE) | B | Dividend | L | T | Sold (part) | 08/17/18 | J | B | |
| 492. | | | | | Sold (part) | 09/28/18 | J | A | |
| 493. | | | | | Sold (part) | 12/18/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  PG&E Corp (PCG) | | None | | | Sold | 11/19/18 | J | | |
| 495.  Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy<br>(add'l) | 06/12/18 | K | | |
| 496. | | | | | Sold<br>(part) | 07/13/18 | J | | |
| 497. | | | | | Sold<br>(part) | 11/02/18 | J | | |
| 498.  Praxair Inc (PX) | | None | | | Sold | 02/14/18 | J | B | |
| 499.  Procter & Gamble Co (PG) | A | Dividend | J | T | Sold<br>(part) | 11/09/18 | J | A | |
| 500.  Prudential Financial Inc (PRU) | A | Dividend | | | Buy<br>(add'l) | 03/19/18 | J | | |
| 501. | | | | | Sold | 06/15/18 | J | A | |
| 502.  Prudential PLC ADR United Kingdom<br>(PUK) | A | Dividend | | | Sold | 06/12/18 | K | C | |
| 503.  Public Service Enterprise Group Inc<br>Common Stock (PEG) | A | Dividend | K | T | Sold<br>(part) | 11/09/18 | J | A | |
| 504.  Qualcomm Inc Common Stock (QCOM) | A | Dividend | J | T | Sold<br>(part) | 11/26/18 | J | | |
| 505. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 506.  Quest Diagnostics (DGX) | A | Dividend | | | Sold<br>(part) | 03/19/18 | J | B | |
| 507. | | | | | Sold | 10/25/18 | J | B | |
| 508.  Repsol YPF S A SPND ADR (RDSMY) | | None | K | T | Buy | 10/02/18 | K | | |
| 509. | | | | | Buy<br>(add'l) | 11/13/18 | J | | |
| 510. | | | | | Sold | 11/26/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Buy | 12/28/18 | K | | |
| 512.  Rio Tinto PLC Spon ADR (RIO) | A | Dividend | | | Sold | 06/12/18 | J | D | |
| 513.  Roche Holding LTD Spons ADR<br>Switzerland ADR (RHHBY) | A | Dividend | K | T | Buy<br>(add'l) | 06/12/18 | J | | |
| 514. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 515.  Royal DSM N V Sponsored ADR<br>(RDSMY) | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 516. | | | | | Sold | 11/26/18 | K | | |
| 517. | | | | | Buy | 12/28/18 | K | | |
| 518.  Royal Dutch Shell PLC Cl A (RDSA) | C | Dividend | K | T | Sold<br>(part) | 02/12/18 | K | D | |
| 519. | | | | | Buy<br>(add'l) | 02/14/18 | K | | |
| 520. | | | | | Sold<br>(part) | 05/30/18 | J | A | |
| 521. | | | | | Sold<br>(part) | 05/31/18 | J | B | |
| 522. | | | | | Sold<br>(part) | 06/07/18 | J | A | |
| 523. | | | | | Sold<br>(part) | 06/08/18 | J | B | |
| 524. | | | | | Sold<br>(part) | 06/12/18 | J | C | |
| 525. | | | | | Sold<br>(part) | 08/06/18 | J | A | |
| 526. | | | | | Sold | 11/26/18 | K | | |
| 527. | | | | | Buy | 12/28/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Ryanair Holdings PLC Spon ADR (RYAAY) | | None | | | Sold | 06/12/18 | J | C | |
| 529. S&P Global Inc (SPGI) | A | Dividend | J | T | | | | | |
| 530. Salesforce.com Inc (CRM) | | None | K | T | Sold (part) | 03/09/18 | J | B | |
| 531. | | | | | Sold (part) | 03/12/18 | J | B | |
| 532. | | | | | Sold (part) | 03/13/18 | J | B | |
| 533. | | | | | Sold (part) | 03/27/18 | J | A | |
| 534. | | | | | Sold (part) | 04/09/18 | J | A | |
| 535. | | | | | Sold (part) | 06/28/18 | J | A | |
| 536. | | | | | Sold (part) | 09/28/18 | J | A | |
| 537. Sanofi Spon ADR (SNY) | A | Dividend | | | Sold | 06/12/18 | J | | |
| 538. SAP SE SHS (SAP) | | None | K | T | Buy | 06/12/18 | K | | |
| 539. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 540. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 541. | | | | | Sold | 11/26/18 | K | | |
| 542. | | | | | Buy | 12/28/18 | K | | |
| 543. Schlumberger LTD (SLB) | A | Dividend | | | Buy | 06/12/18 | K | | |
| 544. | | | | | Sold (part) | 06/25/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Sold | 11/26/18 | J | | |
| 546.  Schneider Electric SE Unsponsored ADR (SBGSY) | A | Dividend | | | Sold | 06/12/18 | J | C | |
| 547.  Schwab Charles Corp New (SCHW) | A | Dividend | K | T | Sold (part) | 03/27/18 | J | A | |
| 548. | | | | | Sold (part) | 11/23/18 | J | A | |
| 549. | | | | | Buy | 12/28/18 | J | | |
| 550.  Secom Co LTD ADR (SOMLY) | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 551. | | | | | Sold (part) | 11/07/18 | J | | |
| 552.  ServiceNow Inc (NOW) | | None | K | T | Sold (part) | 03/09/18 | J | B | |
| 553. | | | | | Sold (part) | 03/27/18 | J | B | |
| 554. | | | | | Sold (part) | 07/20/18 | J | A | |
| 555.  Seven and I Holdings Co (SVNDY) | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 556. | | | | | Sold | 11/26/18 | K | | |
| 557. | | | | | Buy | 12/28/18 | K | | |
| 558.  Shire PLC Spon ADR (SHPG) | A | Dividend | | | Sold (part) | 02/14/18 | J | | |
| 559. | | | | | Sold | 06/12/18 | J | | |
| 560.  Siemens A G Spon Adr (SIEGY) | A | Dividend | | | Sold | 06/12/18 | J | B | |
| 561.  Smith & Nephew PLC Sponsored ADR New (SNN) | A | Dividend | K | T | Buy | 06/12/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 11/26/18 | K | | |
| 563. | | | | | Buy | 12/28/18 | K | | |
| 564. Splunk Inc.(SPLK) | | None | J | T | Sold (part) | 02/12/18 | J | A | |
| 565. | | | | | Sold (part) | 02/16/18 | J | A | |
| 566. | | | | | Sold (part) | 02/20/18 | J | A | |
| 567. | | | | | Sold (part) | 04/09/18 | J | A | |
| 568. | | | | | Sold (part) | 06/18/18 | J | A | |
| 569. Starbucks Corp (SBUX) | A | Dividend | | | Sold (part) | 02/12/18 | J | A | |
| 570. | | | | | Sold (part) | 07/12/18 | J | A | |
| 571. | | | | | Sold (part) | 07/27/18 | J | A | |
| 572. | | | | | Sold (part) | 09/14/18 | J | A | |
| 573. | | | | | Sold (part) | 09/17/18 | J | A | |
| 574. | | | | | Sold | 09/18/18 | J | A | |
| 575. State Street Corp (STT) | | None | J | T | Buy | 10/17/18 | J | | |
| 576. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 577. | | | | | Sold | 11/26/18 | J | | |
| 578. | | | | | Buy | 12/28/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Sumitomo Mitsui Financial Spon ADR (SMFG) | A | Dividend | K | T | Buy (add'l) | 06/12/18 | K | | |
| 580. | | | | | Sold (part) | 08/15/18 | J | A | |
| 581. | | | | | Sold (part) | 08/16/18 | J | A | |
| 582. | | | | | Sold | 11/26/18 | K | | |
| 583. | | | | | Buy | 12/28/18 | K | | |
| 584. Sumitomo Mitsui Trust Holdings Spon ADR (SUTNY) | A | Dividend | | | Sold | 06/13/18 | J | B | |
| 585. Suncor Energy Inc New CAD (SU) | A | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 586. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 587. | | | | | Sold (part) | 11/26/18 | J | A | |
| 588. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 589. SunTrust Banks Inc (STI) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 590. | | | | | Sold (part) | 10/17/18 | J | C | |
| 591. | | | | | Sold (part) | 12/19/18 | J | B | |
| 592. Swiss RE AG Shs (SSREY) | A | Dividend | | | Sold (part) | 02/14/18 | J | A | |
| 593. | | | | | Sold | 06/08/18 | J | | |
| 594. Taiwan S Manufacturing ADR (TSM) | A | Dividend | K | T | Buy (add'l) | 12/18/18 | J | | |
| 595. Technip FMC PLC Reg Shs (FTI) | A | Dividend | | | Sold (part) | 02/14/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 06/12/18 | J | A | |
| 597. Telecom Italia SPA New Restg (TI) | | None | | | Sold | 06/12/18 | J | | |
| 598. Teva Pharmaceuticals (TEVA) | | None | | | Sold (part) | 02/14/18 | J | | |
| 599. | | | | | Sold | 06/12/18 | J | | |
| 600. The Priceline Group Inc (PCLN) | | None | | | Buy (add'l) | 02/12/18 | J | | |
| 601. | | | | | Merged (with line 167) | 02/27/18 | K | | |
| 602. Toray Industries Inc ADR (TRYIY) | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 603. | | | | | Sold | 11/26/18 | K | | |
| 604. | | | | | Buy | 12/28/18 | K | | |
| 605. Total S.A. France Spon ADR (TOT) | B | Dividend | K | T | Sold (part) | 02/12/18 | K | D | |
| 606. | | | | | Buy (add'l) | 02/14/18 | K | | |
| 607. | | | | | Sold (part) | 05/30/18 | J | B | |
| 608. | | | | | Sold (part) | 06/12/18 | J | B | |
| 609. | | | | | Sold | 11/26/18 | K | A | |
| 610. | | | | | Buy | 12/28/18 | K | | |
| 611. Toyota (TM) | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 612. Transcanada Corp (Holding Co) (TRP) | A | Dividend | | | Sold | 06/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. Transunion (TRU) | A | Dividend | J | T | Buy<br>(add'l) | 02/15/18 | J | | |
| 614. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 615. Travelers Cos. Inc/The (TRV) | A | Dividend | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 616. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 617. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 618. UBS Group AG Namens-Aktien (UBS) | A | Dividend | | | Buy | 02/14/18 | J | | |
| 619. | | | | | Sold | 06/12/18 | J | | |
| 620. Ulta Beauty Inc (ULTA) | | None | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 621. | | | | | Buy<br>(add'l) | 02/14/18 | J | | |
| 622. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 623. | | | | | Sold<br>(part) | 03/23/18 | J | | |
| 624. Unilever NV NY SHS New (UN) | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | A | |
| 625. | | | | | Buy<br>(add'l) | 03/15/18 | J | | |
| 626. | | | | | Sold<br>(part) | 09/17/18 | J | A | |
| 627. | | | | | Buy<br>(add'l) | 11/09/18 | J | | |
| 628. | | | | | Buy<br>(add'l) | 11/13/18 | J | | |
| 629. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630.  United Parcel Service Inc Cl (UPS) | | None | | | Sold | 02/14/18 | J | A | |
| 631.  United Health Group Inc (UNH) | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | B | |
| 632.  US Bancorp Del (New) (USB) | A | Dividend | J | T | Sold<br>(part) | 11/09/18 | J | B | |
| 633. | | | | | Sold<br>(part) | 12/13/18 | J | B | |
| 634. | | | | | Sold<br>(part) | 12/18/18 | J | A | |
| 635. | | | | | Sold<br>(part) | 12/26/18 | J | A | |
| 636.  Verizon Communciations Inc (VZ) | B | Dividend | L | T | Buy<br>(add'l) | 02/14/18 | J | | |
| 637. | | | | | Buy<br>(add'l) | 05/11/18 | J | | |
| 638. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 639. | | | | | Buy<br>(add'l) | 07/17/18 | J | | |
| 640. | | | | | Buy<br>(add'l) | 08/03/18 | J | | |
| 641. | | | | | Sold<br>(part) | 09/28/18 | J | A | |
| 642. | | | | | Buy<br>(add'l) | 11/09/18 | J | | |
| 643.  Visa Inc. CL A (V) | A | Dividend | K | T | Sold<br>(part) | 03/27/18 | J | B | |
| 644. | | | | | Sold<br>(part) | 06/28/18 | J | B | |
| 645. | | | | | Sold<br>(part) | 09/28/18 | J | B | |
| 646.  Vodafone Group PLC Spon ADR (VOD) | A | Dividend | | | Sold<br>(part) | 02/14/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 06/12/18 | J | | |
| 648. Waste Connections Inc (WCN) | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 649. Wells Fargo & Co New (WFC) | B | Dividend | K | T | Sold (part) | 02/12/18 | J | A | |
| 650. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 651. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 652. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 653. | | | | | Sold (part) | 11/26/18 | J | | |
| 654. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 655. West Pharmacuticals Svcs Inc (WST) | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 656. Williams Companies Del (WMB) | A | Dividend | K | T | Buy | 05/29/18 | J | | |
| 657. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 658. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 659. | | | | | Sold | 11/26/18 | K | | |
| 660. | | | | | Buy | 12/28/18 | K | | |
| 661. Xylem Inc SHS (XYL) | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 662. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 663. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold | 11/26/18 | J | | |
| 665. | | | | | Buy | 12/28/18 | J | | |
| 666. Zoetis Inc (ZTS) | A | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 667. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 668. Zurich Ins Group Ltd Spon ADR (ZURVY) | A | Dividend | | | Sold (part) | 02/14/18 | J | A | |
| 669. | | | | | Sold | 06/12/18 | J | B | |
| 670. 3M Co. (MMM) | A | Dividend | J | T | Sold (part) | 02/12/18 | J | B | |
| 671. | | | | | Sold (part) | 02/26/18 | J | B | |
| 672. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 673. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 674. | | | | | Sold (part) | 11/26/18 | J | | |
| 675. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 676. JP Morgan International Value SMA Fund (JTIVX) | | None | | | Sold (part) | 02/13/18 | J | | |
| 677. | | | | | Sold | 06/13/18 | M | E | |
| 678. IShares Russell 1000 (IWF) | A | Dividend | | | Buy | 11/26/18 | L | | |
| 679. | | | | | Sold | 12/28/18 | L | | |
| 680. IShares TR Core MSCI EAF (IEFA) | D | Dividend | | | Buy | 11/26/18 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 681. | | | | | Sold | 12/28/18 | O | | |
| 682. Vanguard Value ETF (VTV) | B | Dividend | | | Buy | 11/26/18 | N | | |
| 683. | | | | | Sold | 12/28/18 | N | | |
| 684. Brokerage #3 (H) | | | | | | | | | |
| 685. Triborough Bridge & Tunnel Authority Bonds (2) | B | Interest | | | Redeemed | 11/15/18 | L | A | |
| 686. Massachusetts Bond (576004FN0) | B | Interest | | | Sold | 04/12/18 | K | A | |
| 687. NY State Dormitory Authority Bond (6499054J2) | C | Interest | L | T | | | | | |
| 688. NYC Transit Finance Authority Future (64971M7C0) | B | Interest | | | Sold | 07/25/18 | L | A | |
| 689. NY State Dormitory Bond (649905TP2) | B | Interest | L | T | | | | | |
| 690. Metropolitan Transit Authority Bond (59259ND83) | B | Interest | L | T | | | | | |
| 691. Dormitory Auth of NY Bond (649906DJ0) | A | Interest | K | T | | | | | |
| 692. New York Thruway Bond (65009TL7) | C | Interest | | | Redeemed | 04/09/18 | K | | |
| 693. NY State Environmental Bond (64985HKC0) | B | Interest | L | T | | | | | |
| 694. 34th Street Partnership Bond (884286BX2) | C | Interest | L | T | | | | | |
| 695. Bay Shore NY Union Free School District (072581JX0) | B | Interest | L | T | | | | | |
| 696. Hudson Yd Infra Corp NY (44420RAD2) | B | Interest | K | T | Buy | 01/11/18 | K | | |
| 697. Erie NY Indl Dev Agy Sch FC RV Ref (29509PJC4) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698. University California Revs (91412G2U8) | | None | K | T | | | | | |
| 699. Tampa Florida Bond (875290WQ7) | B | Interest | L | T | | | | | |
| 700. Erie County NY Bond | B | Interest | L | T | | | | | |
| 701. Sales Tax Asset (794665FM6) | B | Interest | L | T | Buy | 04/24/18 | L | | |
| 702. Shenendehowa NY Bond (823194F75) | B | Interest | K | T | | | | | |
| 703. Matanuska-Susitna Boro (576544S68) | B | Interest | L | T | | | | | |
| 704. NY St Dorm Auth Sales Tax (64990AEY7) | A | Interest | K | T | | | | | |
| 705. NYC Transit Bond (64972HVG4) | C | Interest | L | T | | | | | |
| 706. NYC Muni WTR in Authority Bond (No.1)<br>(64972GJE5) | | None | | | Sold | 01/18/18 | K | A | |
| 707. Port Auth N Y & N J Cons (73358WRU0) | B | Interest | L | T | Buy | 08/02/18 | L | | |
| 708. Chicago O'Hare Airport Bond (167593RF1) | B | Interest | K | T | | | | | |
| 709. New York NY Mun WFA (64972GPL2) | A | Interest | K | T | Buy | 11/20/18 | K | | |
| 710. NY St Dorm Auth RE (64990CDS7) | C | Interest | L | T | | | | | |
| 711. Hudson Yd Infra Corp NY (44420RAT7) | B | Interest | K | T | Buy | 02/05/18 | K | | |
| 712. New York NY City TFA Rev (64971XCN6) | | None | K | T | Buy | 11/16/18 | K | | |
| 713. Brokerage #4 (H) | | | | | | | | | |
| 714. Fidelity Int'l Small Cap (FISMX) | D | Dividend | M | T | Buy<br>(add'l) | 06/14/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Buy<br>(add'l) | 09/28/18 | L | | |
| 716. Fidelity Zero International Index (FZILX) | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 717. Fidelity Zero Total Market Index (FZROX) | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 718. Dodge & Cox Global Stock Fund (DODWX) | E | Dividend | O | T | | | | | |
| 719. Dodge & Cox Stock (DODGX) | E | Dividend | N | T | | | | | |
| 720. Wisdomtree TR US Midcap Dividend (DON) | B | Dividend | M | T | | | | | |
| 721. Private Funds (H) | | | | | | | | | |
| 722. Greenwich Friess Long/Short Fund | | None | P1 | T | | | | | |
| 723. Oak Hill Capital Partners | | None | N | T | Buy<br>(add'l) | 09/18/18 | L | | |
| 724. Park Overlook Equities Fund | | None | O | T | | | | | |
| 725. Trishield Special Situations Fund | | None | J | T | Sold<br>(part) | 06/21/18 | N | G | |
| 726. WFG-WPX Partners LLC | E | Distribution | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Updated header names are not indicative of changes in holdings.

Part VII, line 2: No underlying investment options.

Part VII, line 4: Following a reportable transaction, this asset became unreportable without a corresponding reportable transaction. (Y)

Part VII, lines 5, 6, 21, 22, 24, and 28: Name changes/corporate exchanges only; no reportable transactions. See 2017, lines 45, 48, 74, 75, 78, and 84, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 4, 81, and 103 (2017): These items are mot reportable in 2018; there are no corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ALLYNE R. ROSS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544